NUMBER
13-05-096-CR

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

__________________________________________________________________

 

JERMAINE JEROME COMEAUX,                                  Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

__________________________________________________________________

 

                  On
appeal from the 208th District Court 

                            of
Harris County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

            Before
Justices Hinojosa, Rodriguez, and Castillo

                       Memorandum
Opinion Per Curiam

 








Appellant, JERMAINE JEROME COMEAUX,
perfected an appeal from a judgment entered by the 208th District
Court of Harris County, Texas, 
in cause number 986327. 
Appellant has filed a motion to dismiss the appeal.  The motion complies with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted.  Appellant's motion to
dismiss the appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.2(b).

 

Memorandum Opinion
delivered and filed this

the 27th
day of October, 2005.